**Electronically Filed
Supreme Court
SCWC-11-0000594
17-JUN-2014
10:26 AM**

SCWC-11-0000594

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JASON KAWAKAMI,
individually and on behalf of all others similarly situated,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

KAHALA HOTEL INVESTORS, LLC, dba KAHALA HOTEL AND RESORT,
Respondent/Defendant-Appellee/Cross-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000594; CIVIL NO. 08-1-2496)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant/Cross-Appellee Jason Kawakami's application for writ of certiorari filed on May 8, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 17, 2014.

John Francis Perkin,
Brandee J.K. Faria, and
Michelle L. Premeaux
for petitioner

David J. Minkin and
Dayna H. Kamimura-Ching
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

